UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



NO. 98-56287
CT/AG#: CV-93-01125-RMT

PAUL R. JUDICE; ALPHONSO BOUNDS, JR.; JAMES RICHARDSON;
BILLY CUMMINGS; WILBERT EPPS, JR.; DAVID JENKINS; REGINALD
JOHNSON; BARON TENNELLE; ROBERT TOLAN; HENRY TURNER; CHARLES
LEVESQUE; AUSTIN JUDICE; IRIS MARTIN; ED BROWLEY; JAMES
WHITAKER

       Plaintiffs - Appellants

v.

UNITED AIRLINES, INC; UNITED AIRLINES CORPORATION

       Defendants - Appellees



NO. 98-56646
CT/AG#: CV-93-01125-RMT

PAUL R. JUDICE

       Plaintiff

       and

HOWARD BROWNE; LARRY HOLT; MANUEL OJEDA; JAMES SWAIN

       Plaintiffs - Appellants

v.

UNITED AIRLINES, INC

       Defendant - Appellee

../ DOCKETED
.... MLD COPY PTYS
.... MLD NOTICE PTYS
.C./JS-6

JAN 28 2000

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is affirmed in 98-56287 and the appeal is dismissed in 98-56646. Costs taxed.

Filed and entered        December 20, 1999



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 11 2000
by: _____
Deputy Clerk

**FILED**
JAN 03 2000
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

For Official Use Only

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Judice, et al. v. United Airlines, Inc., et al.   CA No. 98-56287

The Clerk is requested to tax the following costs against: Plaintiffs-Appellants Paul R. Judice, et al.

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | | ALLOWED To be completed by the clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record (Supp.) | 7 | 300 | .10¢ | 210.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 50 | .10¢ | 100.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL: $ | 310.00 | | | TOTAL: $ | |

Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

I, Debra L. Boyd, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Attorneys Fees cannot be requested on this form.

Signature _[signature]_   Date: December 29, 1999
Name of Counsel (printed or typed) Debra L. Boyd
O'Melveny & Myers LLP
Attorney for: Defendants-Appellees United Airlines, Inc.

Date: JAN 11 2000

Costs are taxed in the amount of $ 310.00
Clerk of Court _[signature]_
By _[signature]_, Deputy Clerk

wpdocs/forms/bill   REV 11/95

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 1999

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL R. JUDICE; ALPHONSO BOUNDS, JR.; JAMES RICHARDSON; BILLY CUMMINGS; WILBERT EPPS, JR.; DAVID JENKINS; REGINALD JOHNSON; BARON TENNELLE; ROBERT TOLAN; HENRY TURNER; CHARLES LEVESQUE; AUSTIN JUDICE; IRIS MARTIN; ED BROWLEY; JAMES WHITAKER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED AIRLINES, INC.; UNITED AIRLINES CORPORATION, <br><br> Defendants-Appellees. | No. 98-56287 <br><br> D.C. No. CV 93-1125 RMT <br><br> MEMORANDUM* |

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit, except as provided by Ninth Cir. R. 36-3.

PAUL R. JUDICE,

Plaintiff,

and

HOWARD BROWNE; LARRY HOLT; MANUEL OJEDA; JAMES SWAIN,

Plaintiffs-Appellants,

v.

UNITED AIRLINES, INC.,

Defendant-Appellee.

No. 98-56646

D.C. No. CV 93-1125 RMT

Appeals from the United States District Court
for the Central District of California
Robert M. Takasugi, District Judge, Presiding

Argued and Submitted December 9, 1999
Pasadena, California

Before:     BRUNETTI and TASHIMA, Circuit Judges, and SCHWARZER, District Judge.[**]

---

[**] The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

-2-

In No. 98-56287, plaintiffs appeal from an order dismissing their case pursuant to Fed. R. Civ. P. 37 for their failure to comply with their discovery obligations. The magistrate judge was careful, meticulous, and patient; he gave plaintiffs every opportunity to comply. After attempting several lesser sanctions, it was not an abuse of discretion for the district court to dismiss the action as against these plaintiffs. See, e.g., Payne v. Exxon Corp., 121 F.3d 503, 507 (9th Cir. 1997).

In No. 98-56646, appellants appeal from an order denying a motion for reconsideration. That motion, however, was made by plaintiffs other than these appellants and, at oral argument, counsel conceded that appellants had no standing to appeal from that order because they were not aggrieved by it.

The judgment is **AFFIRMED** in No. 98-56287 and the appeal is **DISMISSED** in No. 98-56646.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 11 2000
by: _____
Deputy Clerk

-3-

INTERNAL USE ONLY: Proceedings include all events.
98-56287 Judice, et al v. United Airlines, Inc, et al

| | |
|---|---|
| PAUL R. JUDICE<br>    Plaintiff - Appellant | Leo J. Terrell, Esq.<br>FTS 655-5104<br>213/655-6805<br>Suite 942<br>[COR LD NTC ret]<br>8383 Wilshire Blvd.<br>Beverly Hills, CA 90211 |
| ALPHONSO BOUNDS, JR.<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| JAMES RICHARDSON<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| BILLY CUMMINGS<br>    Plaintiff - Appellant | Leo J. Terrell, Esq.<br>(See above)<br>[COR LD NTC ret] |
| WILBERT EPPS, JR.<br>    Plaintiff - Appellant | Leo J. Terrell, Esq.<br>(See above)<br>[COR LD NTC ret] |
| DAVID - JENKINS<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| REGINALD JOHNSON<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| BARON TENNELLE<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| ROBERT TOLAN<br>    Plaintiff - Appellant | Leo J. Terrell, Esq.<br>(See above)<br>[COR LD NTC ret] |
| HENRY TURNER<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| CHARLES LEVESQUE<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| AUSTIN JUDICE<br>    Plaintiff - Appellant<br> [term 09/28/98] | |
| IRIS MARTIN<br>    Plaintiff - Appellant | Leo J. Terrell, Esq.<br>(See above) |

```
INTERNAL USE ONLY: Proceedings include all events.
98-56287 Judice, et al v. United Airlines, Inc, et al
```

[COR LD NTC ret]

ED BROWLEY
    Plaintiff - Appellant
[term  09/28/98]

JAMES WHITAKER
    Plaintiff - Appellant
[term  09/28/98]

    v.

UNITED AIRLINES, INC          Debra L. Boyd, Esq.
    Defendant - Appellee      (213) 669-6000
                                [COR LD NTC ret]
                                O'MELVENY & MYERS
                                400 South Hope Street
                                Suite 1050
                                Los Angeles, CA 90071-2899

                                Kenneth E. Wheeler, Esq.
                                212/344-4399
                                Suite 2411
                                [COR NTC ret]
                                WHEELER, LAWSON & SNYDER
                                67 Wall Street
                                New York, NY 10005

UNITED AIRLINES CORPORATION   Debra L. Boyd, Esq.
    Defendant - Appellee      (See above)
                                [COR LD NTC ret]

```
INTERNAL USE ONLY: Proceedings include all events.
98-56646 Judice, et al v. United Airlines, Inc

PAUL R. JUDICE
     Plaintiff

HOWARD BROWNE                        Leo J. Terrell, Esq.
     Plaintiff - Appellant           FTS 655-5104
                                     213/655-6805
                                     Suite 942
                                     [COR LD NTC ret]
                                     8383 Wilshire Blvd.
                                     Beverly Hills, CA 90211

LARRY - HOLT                         Leo J. Terrell, Esq.
     Plaintiff - Appellant           (See above)
                                     [COR LD NTC ret]

MANUEL OJEDA                         Leo J. Terrell, Esq.
     Plaintiff - Appellant           (See above)
                                     [COR LD NTC ret]

JAMES SWAIN                          Leo J. Terrell, Esq.
     Plaintiff - Appellant           (See above)
                                     [COR LD NTC ret]


     v.

UNITED AIRLINES, INC                 Debra L. Boyd, Esq.
     Defendant - Appellee            (213) 669-6000
                                     [COR LD NTC ret]
                                     O'MELVENY & MYERS
                                     400 South Hope Street
                                     Suite 1050
                                     Los Angeles, CA 90071-2899
```