___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

CASE NO. **CV 93-1125 RMT** (E)   DATE: **January 27, 2000**
U.S.C.C.A. CASE NO: **98-56287**

TITLE: **PAUL R. JUDICE, et al, v. United Airlines, Inc., et al.**

PRESENT: THE HONORABLE, ROBERT M. TAKASUGI, U.S. DISTRICT JUDGE

VICTOR P. CRUZ                                      NONE
Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS FOR PLAINTIFF        ATTORNEYS FOR DEFENDANT

1. _____            1. _____
2. _____            2. _____
3. _____            3. _____

PROCEEDINGS:   **FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

___ IN COURT      XX IN CHAMBERS      XX COUNSEL NOTIFIED

**THE COURT ORDERS** that the mandate of the Ninth Circuit Court of Appeals:

**XX Affirming**     ___ Remanding     ___ Reversing and Remanding

___ Affirming in part, reversing in part, and remanded.     ___ Dismissing Appeal

XX The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of:
$ 310.00                On _____.

___ Other
is hereby filed and spread upon the minutes of this United States District Court.

(ENTERED _____)         ___ MAKE JS-5

Initials of Deputy Clerk
vpc

---

CV-48 (2/98)                    CIVIL MINUTES-APPEALS



ENTERED ON ICMS
JAN 28 2000

JAN 28 2000